1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9   HKB Incorporated,                          No. CV-16-03799-PHX-DJH

10            Plaintiff,                        **ORDER**

11  v.

12  Board of Trustees for the Southwest
    Carpenter's Southwest Trust, et al.,
13

14            Defendants.

15          This matter having recently come before the Court,

16          **IT IS ORDERED** that a motion pursuant to Federal Rule of Civil Procedure 12(b)

17  is discouraged if the defect can be cured by filing an amended pleading.  Therefore, the

18  parties must meet and confer prior to the filing of a motion to dismiss to determine

19  whether it can be avoided.  Consequently, motions to dismiss must be accompanied by a

20  notice of certification of conferral indicating that the parties have conferred to determine

21  whether an amendment could cure a deficient pleading and have been unable to agree that

22  the pleading is curable by a permissible amendment.  In addition, parties shall endeavor

23  not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference

24  or within the time set forth in the Rule 16 Scheduling Order.  Motions to dismiss that do

25  not contain the required certification are subject to be stricken on the Court's motion.

26          **IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this Order upon

27  Defendant(s) and file notice of service.

28          **Dated** this 3rd day of November, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge