James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  james.holland@stinson.com
            javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORP.,<br><br>Defendants. | No. 2:16-cv-03799-DJH<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of HKB, Inc. dba Southwest Industrial Rigging in compliance with the provisions of: (check one)

**X** Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

CORE/3008422.0002/129821044.1

1 Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

**X**   No such corporation.

___   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

___   Publically held corporation, not a party to the case, with a financial interest in the outcome.

___   Other.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this  4th  day of November 2016.

                        **STINSON LEONARD STREET LLP**

                  By:   /s/ James E. Holland, Jr.
                             James E. Holland
                             Javier Torres
                             1850 North Central Avenue, Suite 2100
                             Phoenix, Arizona 85004-4584
                             Attorneys for Southwest Industrial Rigging