Stinson Leonard Street, LLP
1850 North Central Ave, Suite 2100
Phoenix, AZ 85004
(602) 279-1600

IN THE UNITED STATES DISTRICT COURT OF ARIZONA COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PHOENIX

| | |
|---|---|
| HKB,INC, an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING<br>Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEE FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORP<br>Defendant. | Case Number: 2:16-CV-03799-DJH<br><br>AFFIDAVIT OF SERVICE |

Received by PROCESS SERVER EXPRESS on the 3rd day of November, 2016 at 12:20 pm to be served on **John T. Decarlo Board of Trustees for the southwest carpenter's southwest trust, 533 South Fremont Ave, 9th Floor, Los Angeles, CA 90071.**

I, Supawadee Viwatkurkul, being duly sworn, depose and say that on the **3rd day of November, 2016 at 1:26 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summon in a civil action, Complaint for declaratory judgment** with the date and hour of service endorsed thereon by me, to: **John T. Decarlo Board of Trustees for the southwest carpenter's southwest trust** at the address of: **533 South Fremont Ave, 9th Floor, Los Angeles, CA 90071**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of November, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Supawadee Viwatkurkul
2015256348

PROCESS SERVER EXPRESS
8526 Pico Vista Rd.
Pico Rivera, CA 90660
(562) 986-8043

Our Job Serial Number: JCJ-2016000500

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n