1  James E. Holland, Jr. (021826)
   Javier Torres (032397)
2  **STINSON LEONARD STREET LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email: james.holland@stinson.com
5         javier.torres@stinson.com
   Attorneys for HKB, Inc., dba Southwest Industrial Rigging

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING,<br><br>            Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORP.,<br><br>            Defendants. | No. 2:16-cv-03799-DJH<br><br>**NOTICE OF SERVICE OF ORDER (DKT. #7) AND HKB, INC.'S DISCLOSURE STATEMENT (DKT. #8)** |

Plaintiffs' HKB, Inc. dba Southwest Industrial Rigging hereby give notice that, on November 8, 2016, they served by first-class mail, postage-prepaid, the Court's Order (Dkt. #7) and the Corporate Disclosure Statement (Dkt. #8) upon Defendants' Statutory Agent: John Decarlo, 533 South Fremont Avenue, 9th Floor, Los Angeles, California 90071

DATED this  8th  day of November 2016.

**STINSON LEONARD STREET LLP**

By:  /s/ James E. Holland, Jr.
James E. Holland
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Southwest Industrial Rigging

CORE/3008422.0002/129920185.1