DANIEL SHANLEY (021322)
Email Address: dshanley@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR DEFENDANTS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| H K B Inc., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation;<br><br>Defendants. | CASE NO. 2:16-cv-03799-DJH<br><br>NOTICE OF CERTIFICATION OF CONFERRAL |

This Notice of Certification of Conferral is filed on behalf of the BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST and the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION (collectively "Defendants").

Pursuant to the Court's Order dated November 3, 2016, I met and conferred with opposing counsel prior to filing Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(3), (6), (7), Or, in the Alternative, to Stay Action in order to determine

whether an amendment could cure the deficient Complaint.  Opposing counsel and I were unable to reach agreement as to this matter.

Dated this 22nd day of November 2016.

DeCARLO & SHANLEY,
a Professional corporation,

By: /s/ Daniel M. Shanley
DANIEL M. SHANLEY
Attorneys for Defendants

# CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X    I hereby certify that on November 22, 2016, I electronically transmitted the attached document, **Notice of Certification of Conferral,** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

       James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com

X    I hereby certify that on November 22, 2016, I served the attached document by U.S. Mail, postage prepaid thereon on the following, who are not registered participants of the CM/ECF System.

       Javier Torres
       Stinson Leonard Street, LLP - Phoeniz, AZ
       1850 N. Central Avenue, Suite 2100
       Phoenix, Arizona 85004

                             _/s/ Lucy J. Moure-Pasco_
                             Lucy J. Moure-Pasco, Secretary
                             DeCARLO & SHANLEY,
                             a Professional Corporation
                             533 S. Fremont Avenue, Ninth Floor
                             Los Angeles, California 90071
                             Telephone (213) 488-4100
                             Telecopier (213) 488-4180