```
DANIEL SHANLEY (021322)
Email Address: dshanley@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR DEFENDANTS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| H K B Inc., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation;<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-03799-DJH<br><br>CORPORATE DISCLOSURE STATEMENT |

　　　This Corporate Disclosure Statement is filed on behalf of BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation in compliance with the provisions of: (check one)

　　X　　Rule 7.1, Federal Rules of Civil Procedure , a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent

corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and nay publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

X No such corporation.

  The party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

  Publically held corporation, not a party to the case, with a financial interest in the outcome.

  Other.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 22nd day of November 2016.

        DeCARLO & SHANLEY,
        a Professional corporation,

        By: /s/ Daniel M. Shanley
        DANIEL M. SHANLEY
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X  I hereby certify that on November 22, 2016, I electronically transmitted the attached document, **Corporate Disclosure Statement**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com

X  I hereby certify that on November 22, 2016, I served the attached document by U.S. Mail, postage prepaid thereon on the following, who are not registered participants of the CM/ECF System.

Javier Torres
Stinson Leonard Street, LLP - Phoeniz, AZ
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004


_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180