UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| H K B Inc., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation;<br><br>Defendants. | CASE NO. 2:16-cv-03799-DJH<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(3), (6), (7), OR, IN THE ALTERNATIVE, TO STAY ACTION |

Defendants', BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUSTS, and CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION Motion to Dismiss Pursuant to FRCP 12(b)(3), (6), (7), Or, in the Alternative, to Stay Action was heard and FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(3), (6), (7), Or, in the Alternative, to Stay Action is granted.

IT IS SO ORDERED.

## CERTIFICATE OF SERVICE

(H K B, Inc., etc., v. Board of Trustees, etc.)
(USDC-Arizona Case No. 2:16-cv-03799DJH)

X I hereby certify that on November 22, 2016, I electronically transmitted the attached document, **[Proposed] Order on Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(3),(6),(7), or in the Alternative, to Stay Action**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

 James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com

X I hereby certify that on November 22, 2016, I served the attached document by U.S. Mail, postage prepaid thereon on the following, who are not registered participants of the CM/ECF System.

 Javier Torres
 Stinson Leonard Street, LLP - Phoeniz, AZ
 1850 N. Central Avenue, Suite 2100
 Phoenix, Arizona 85004

 _/s/ Lucy J. Moure-Pasco_
 Lucy J. Moure-Pasco, Secretary
 DeCARLO & SHANLEY,
 a Professional Corporation
 533 S. Fremont Avenue, Ninth Floor
 Los Angeles, California 90071
 Telephone (213) 488-4100
 Telecopier (213) 488-4180