✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 3 0 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

H K B, Inc., an Arizona corporation, etc., et al.,

**Plaintiff(s)/Petitioner(s),**

**vs.**

Board of Trustees for the Carpenters Southwest Trusts, etc. et al.,

**Defendant(s)/Respondent(s)**

**CASE NO:** 2:16-cv-03799-DJH

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Thomas L. Davis, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts

**City and State of Principal Residence:** Rancho Palos Verdes, California

**Firm Name:** DeCarlo & Shanley, a Professional corporation

**Address:** 533 S. Fremont Avenue **Suite:** 9th Floor

**City:** Los Angeles **State:** CA **Zip:** 90071-1706

**Firm/Business Phone:** (213) 488-4100

**Firm Fax Phone:** (213) 488-4180 **E-mail Address:** tdavis@deconsel.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court, Central District of California | 08/30/2000 | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

*** Explain:**

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).**

January 25, 2017 — /Thomas L. Davis

**Date** — **Signature of Applicant**

**Fee Receipt #** PHX181402

(Rev. 04/12)

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Thomas L. Davis, Bar No. 202382

was duly admitted to practice in this Court on August 30th, 2000
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on January 11th, 2017
*Date*

KIRY K. GRAY
Clerk of Court

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

By [signature]
Andrea Kannike, Deputy Clerk