James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: james.holland@stinson.com
       javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, <br><br> Plaintiff, <br><br> v. <br><br> Board of Trustees for the Southwest Carpenter's Southwest Trust; et al., <br><br> Defendants. | No. 2:16-cv-03799 <br> No. 2:17-cv-00198 <br><br> **NOTICE OF WITHDRAWING PENDING MOTION FOR SUMMARY JUDGMENT (STATUTE OF LIMITATION) AND OF FILING AN AMENDED MOTION** |
| Board of Trustees for the Southwest Carpenter's Southwest Trust; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, et al. <br><br> Defendants. | (Assigned to the Honorable Diane J. Humetawa) |

Plaintiff HKB, Inc., dba Southwest Industrial Rigging ("Southwest") hereby provides notice that, to avoid unnecessary litigation expense, Southwest is withdrawing its pending Motion for Summary Judgment (Statute of Limitation), filed on February 14, 2017 (Dkt. No. 27). That motion contained a short introductory narrative solely to provide this Court with context, but in reaction to portions of that narrative, the Defendants served a series of discovery requests under Rule 54(d). To avoid needless expense and delay from unnecessary discovery, Southwest withdraws that motion and is

CORE/3008422.0002/132172926.1

1  filing a new motion that eliminates the portions of the narrative that triggered
2  Defendants' Rule 54(d) discovery requests.
3      To distinguish the new motion from the old (withdrawn) motion, the new motion
4  is captioned as an Amended Motion for Summary Judgment (Statute of Limitation).
5      RESPECTFULLY SUBMITTED  15th  day of March 2017.

**STINSON LEONARD STREET LLP**

By:  /s/ James E. Holland, Jr.
     James E. Holland, Jr.
     Javier Torres
     1850 North Central Avenue, Suite 2100
     Phoenix, Arizona 85004-4584
     Attorneys for Southwest Industrial Rigging

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2017 I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Daniel Shanley
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706
dshanley@deconsel.com

/s/ Celia Munguia

CORE/3008422.0002/132172926.1

3