DANIEL SHANLEY (021322)
Email Address: dshanley@deconsel.com
THOMAS DAVIS, admitted pro hac vice
Email Address: tdavis@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR DEFENDANTS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; et al <br><br> Defendants. | 2:16-cv-03799-DJH <br><br> DECLARATION OF HARRY BEGGS IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT <br> RE: STATUTE OF LIMITATION |
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; et al <br><br> Plaintiffs, <br><br> v. <br><br> H K B Inc., et al <br><br> Defendants. | |

///

///

I, Harry Beggs, state and declare as follows:

1. I am employed by the Southwest Regional Council of Carpenters ("SWRCC"). I have personal knowledge of the facts set forth herein. If called to testify I could and would testify to the following:

2. After I became Business Manager I participated in one lunch meeting with James Pester and Tom Allen in Phoenix, Arizona. The purpose of the meeting was to introduce me to Mr. Allen. This meeting occurred prior to the end of February 2014.

3. I participated in at least one meeting with James Pester at the offices of Southwest Industrial Rigging in Phoenix, Arizona. Southwest Industrial Rigging was represented by Tom Allen and Xonia Ornelas. Ms. Ornelas had questions regarding the payment of trust fund contributions and payment of the multiplier on benefits and related matters. This meeting occurred prior to the end of February 2014.

4. In the discussions that I and Mr. Pester had in person with Mr. Allen and Ms. Ornelas, Ms. Ornelas stated that her job title was HR Manager or a title to this effect.

5. Attached hereto as Exhibit 1 is a true and correct copy of the business card that Ms. Ornelas provided to me when I met with her and Mr. Allen.

I declare under penalty of perjury that the above statements are true and correct.

Executed this 16th day of March, 2017, in _Los Angeles_, California.

Harry Beggs
Declarant

# CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X   I hereby certify that on April 13, 2017, I electronically transmitted the attached document, **DECLARATION OF HARRY BEGGS IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATION**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    James Edward Holland, Jr. - jholland@stinson.com, cbarajas@stinson.com
    Javier Torres - javier.torres@stinson.com, cynthia.fischer@stinson.com

**Executed on April 13, 2017, at Los Angeles, California.**

X   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                            _/s/ Lucy J. Moure-Pasco_
                            Lucy J. Moure-Pasco, Secretary
                            DeCARLO & SHANLEY,
                            a Professional Corporation
                            533 S. Fremont Avenue, Ninth Floor
                            Los Angeles, California 900710
                            Telephone (213) 488-4100
                            Telecopier (213) 488-4180