PAGE NO. 3

**SOUTHWEST INDUSTRIAL RIGGING**
*Cranes – Machinery Moving – Heavy Haul – Warehousing*

Xonia Ornelas
Office Manager
xornelas@swirusa.com

XOrnelas@swirusa1.com

2802 W Palm Lane
Phoenix, AZ 85009

Phone: 602-256-7161
Fax: 602-278-5191

EXHIBIT NO. 1
PAGE NO. 3