1  DANIEL SHANLEY (021322)
   Email Address: dshanley@deconsel.com
2  THOMAS DAVIS, admitted pro hac vice
   Email Address: tdavis@deconsel.com
3  DeCARLO & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone (213) 488-4100
   Telecopier (213) 488-4180
6
7  ATTORNEYS FOR DEFENDANTS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF ARIZONA

11

12 | HKB, INC., an Arizona corporation, | 2:16-cv-03799-DJH
   | doing business as SOUTHWEST        |
13 | INDUSTRIAL RIGGING,                |
                                          DECLARATION OF JAMES PESTER
14 |                                    | IN OPPOSITION TO PLAINTIFF'S
   |        Plaintiff,                  | AMENDED MOTION FOR SUMMARY
15 |                                    | JUDGMENT
   | v.                                 | RE: STATUTE OF LIMITATION
16 |                                    |
   | BOARD OF TRUSTEES FOR THE          |
17 | CARPENTERS SOUTHWEST               |
   | TRUSTS, erroneously sued as BOARD  |
18 | OF TRUSTEES FOR THE                |
   | SOUTHWEST CARPENTER'S              |
19 | SOUTHWEST TRUST; et al             |
   |                                    |
20 |        Defendants.                 |
   |────────────────────────────────────|
21 | CARPENTERS SOUTHWEST               |
   | ADMINISTRATIVE CORPORATION,        |
22 | a California non-profit corporation; et al |
   |                                    |
23 |        Plaintiffs,                 |
   |                                    |
24 | v.                                 |
   |                                    |
25 | H K B Inc., et al                  |
   |                                    |
26 |        Defendants.                 |

27

28

I, James Pester, state and declare as follows:

1. I was employed as a Business Representative by theSouthwest Regional Council of Carpenters ("SWRCC"). I have personal knowledge of the facts set forth herein. If called to testify I could and would testify to the following:

2. During 2013, as a part of my job responsibilities, I signed Southwest Industrial Rigging to a memorandum agreement.

3. In the course of signing Southwest Industrial Rigging to a memorandum agreement, I participated in at least three meetings at the offices of Southwest Industrial Rigging in Phoenix, Arizona. Harry Beggs was present for one of the meetings. Southwest Industrial Rigging was represented by Tom Allen and, in one of the meetings, by Mr. Allen and Xonia Ornelas. In the course of these discussions, Mr. Allen and Ms. Ornelas affirmed that Southwest Industrial Rigging wished to enter into a memorandum agreement instead of a single project agreement.

4. In the discussions that I and Mr. Beggs had in person with Mr. Allen and Ms. Ornelas, Mr. Allen and Ms. Ornelas represented that Mr. Allen had authority to bind Southwest Industrial Rigging to agreement.

5. In the discussions that I had in person with Mr. Allen, Mr. Allen stated that his job title was Manager of Construction or a title to this effect.

6. Mr. Allen also indicated that Southwest Industrial Rigging had previously utilized the services of union iron workers. He made this statement in the course of discussing Southwest Industrial Rigging's familiarity with labor agreements.

7. Attached hereto as Exhibit 1 is a true and correct copy of theMemorandum Agreement between Southwest Industrial Rigging andthe SWRCC executed on or about August 22, 2013.

I declare under penalty of perjury that the above statements are true and correct.

Executed this 24th day of March, 2017, in Fontana, CA.

James Pester
Declarant

# CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X   I hereby certify that on April 13, 2017, I electronically transmitted the attached document, **DECLARATION OF JAMES PESTER IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATION**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

**Executed on April 13, 2017, at Los Angeles, California.**

X   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180