1  DANIEL SHANLEY (021322)
   Email Address: dshanley@deconsel.com
2  THOMAS DAVIS, admitted pro hac vice
   Email Address: tdavis@deconsel.com
3  DeCARLO & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone (213) 488-4100
   Telecopier (213) 488-4180
6
   ATTORNEYS FOR DEFENDANTS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING, | No. 2:16-cv-03799-DJH<br>No. 2:17-cv-00198 |
| Plaintiff, | PENDING MOTION NOTIFICATION |
| v. | |
| BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; et al | |
| Defendants. | |
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; et al | |
| Plaintiffs, | |
| v. | |
| H K B Inc., et al | |
| Defendants. | |

   Pursuant to LRCiv 7.2(n), Defendants, BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF
TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST,

1 | and CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION,
2 | provide notification that their Motion to Dismiss for Failure to State a Claim (Doc.
3 | No. 14) was filed on November 22, 2016 and has been pending for more than one
4 | hundred and eighty (180) days.

7 | Dated: July **25**, 2017        DeCARLO & SHANLEY,
                                    a Professional Corporation

9 |                                 By: _/s/ Thomas Davis_
                                    THOMAS DAVIS
10|                                 Attorneys for Defendants,
                                    CARPENTERS SOUTHWEST
11|                                 ADMINISTRATIVE CORPORATION
                                    and BOARD OF TRUSTEES FOR THE
12|                                 CARPENTERS SOUTHWEST TRUSTS

# CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X     I hereby certify that on July 25, 2017, I electronically transmitted the attached document, **PENDING MOTION NOTIFICATION**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

       James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
       Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

**Executed on July 25, 2017, at Los Angeles, California.**

X     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180