James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  james.holland@stinson.com
        javier.torres@stinson.com

Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging,<br><br>Plaintiff,<br><br>v.<br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Defendants. | No. 2:16-cv-03799<br>No. 2:17-cv-00198<br><br>**NOTICE OF NO OPPOSITION RE: MOTION FOR SUMMARY JUDGMENT (NO FIDUCIARY DUTY)**<br><br>(Assigned to the Honorable Diane J. Humetawa) |
| Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, et al.<br><br>Defendants. | |

The deadline for the Funds to object to the Employees' motion for summary judgment (Doc #42) was July 26, 2017. The Funds did not object to the motion because they agree the motion should be granted: "We agree that your position (as set forth in your Motion) that the Individual Defendants are not fiduciaries within the meaning of 29 U.S.C. § 1002(21)(A), was well taken."[1] The Employees respectfully ask the Court

---

[1] Email from Thomas Davis to James Holland (8/21/17), attached as Exhibit A.

CORE/3008422.0002/134698390.1

1 | to grant the motion.

2 | RESPECTFULLY SUBMITTED  22nd  day of August 2017.

3 | **STINSON LEONARD STREET LLP**

4 | By: /s/ James E. Holland, Jr.
5 | James E. Holland, Jr.
    Javier Torres
6 | 1850 North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4584
7 | Attorneys for Defendants

CORE/3008422.0002/134698390.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017 I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Daniel Shanley
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706
dshanley@deconsel.com

/s/ Celia Munguia

CORE/3008422.0002/134698390.1

3