James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  james.holland@stinson.com
        javier.torres@stinson.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, <br><br>Plaintiff, <br><br>v. <br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust; et al., <br><br>Defendants. <br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust; et al., <br><br>Plaintiffs, <br><br>v. <br><br>HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, et al. <br><br>Defendants. | No. 2:16-cv-03799 <br>No. 2:17-cv-00198 <br><br>**NOTIFICATION RE: PENDING MOTION FOR SUMMARY JUDGMENT RE: STATUTE OF LIMITATION** <br><br>(Assigned to the Honorable Diane J. Humetawa) |

As required by LR Civ 7.2(n), HKB provides notice that its Amended Motion for Summary Judgment Re: Statute of Limitation was filed on March 15, 2017, and has been pending for more than one hundred and eighty days. HKB respectfully asks the Court to grant the motion.

CORE/3008422.0002/135715406.1

RESPECTFULLY SUBMITTED __26th__ day of October 2017.

                              **STINSON LEONARD STREET LLP**

By:   /s/ James E. Holland, Jr.
        James E. Holland, Jr.
        Javier Torres
        1850 North Central Avenue, Suite 2100
        Phoenix, Arizona 85004-4584
        Attorneys for Defendants

CORE/3008422.0002/135715406.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017 I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Daniel Shanley
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706
dshanley@deconsel.com


/s/ Celia Munguia

CORE/3008422.0002/135715406.1

3