NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HKB Incorporated, | No. CV-16-03799-PHX-DJH |
| Plaintiff, | |
| v. | **ORDER** |
| Board of Trustees for the Southwest Carpenter's Southwest Trust, et al., | |
| Defendants. | |

This matter is before the Court on Henry Kent Baker, Scott William Miller, and James Douglas Wilson's ("the Employees") Motion for Summary Judgment filed on June 26, 2017, with respect to the fiduciary duty claim.  (Doc. 42).  Defendants filed a "Notice of No Opposition" to the Motion on August 22, 2017, after not objecting to the Motion within the deadline period.  (Doc. 46).  The Notice states that "they agree the motion should be granted" and "asks the Court to grant the motion." *Id.*

Accordingly,

**IT IS HEREBY ORDERED** that the Employees' Motion for Summary Judgment (no fiduciary duty) (Doc. 42) is **GRANTED**.

**Dated** this 23rd day of March, 2018.

Honorable Diane J. Humetewa
United States District Judge