1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HKB Inc., an Arizona corporation, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust, et al.,<br><br>Defendants. | No. CV-16-03799-PHX-DJH<br>No. CV-17-00198-PHX-DJH<br><br>**ORDER** |
| Board of Trustees for the Southwest Carpenter's Southwest Trust, et al.,<br><br>Consolidated Action Plaintiffs,<br><br>v.<br><br>HKB Inc., an Arizona corporation, et al.,<br><br>Consolidated Action Defendants. | |

This matter is before the Court upon its own review.  Plaintiff HKB Inc. ("HKB") initiated this action by filing a Complaint for Declaratory Judgment (Doc. 1) on November 2, 2016.  Shortly before HKB filed this action, Defendants filed an action against HKB, and three of its employees, in the Central District of California.  In that action, Defendants sought benefit contributions allegedly owed to them under a collective

1   bargaining agreement it had with HKB, and arising under 29 U.S.C. § 1132 and 1145 of

2   the Employee Retirement Income Security Act of 1974.  (Doc. 23-1).  On January 17,

3   2017, the Central District of California granted HKB's motion to transfer that action to

4   the District of Arizona.  (2:17-cv-00198-DJH, Doc. 28).  That case was consolidated with

5   the present matter on February 16, 2017.  (Doc. 32).

6         Defendants filed a Motion to Dismiss pursuant to FRCP 12(b)(3), (6), (7), or, in

7   the Alternative, to Stay Action, on November 22, 2016.  (Doc. 14).  The Court issued an

8   Order denying Defendants' Motion in its entirety.  (Doc. 45).  While the Motion to

9   Dismiss was pending, and prior to the Court issuing its decision on that Motion, HKB

10  filed two motions for summary judgment, one related to the statute of limitations issue

11  (Doc. 31) and one related to the fiduciary duty issue.[1]  (Doc. 42).

12        On review of the docket, the Court found that neither party has answered the

13  respective Complaints.  The Court presumes this is a result of the filing of the summary

14  judgment motions while the ruling on the motion to dismiss was pending.  The Court

15  finds that the Complaints allege different claims, which necessitates an Answer from

16  each party.  The Court also notes that Defendants argue, in part, that the summary

17  judgment motion is premature as the pleadings have not closed and discovery has not

18  commenced.  The Court agrees and will deny the Motion without prejudice.  The

19  Plaintiffs and Defendants shall have thirty days in which to answer the respective

20  Complaints.[2]  Subsequent to both Answers being filed, the Court will issue its Rule 16

21  Scheduling Conference Order.

22        Accordingly,

23        **IT IS HEREBY ORDERED** that the Amended Motion for Summary Judgment

24  (Doc. 31) is **DENIED** without prejudice.

25

26  [1] The Court previously considered and granted this Motion solely because the Defendants
    submitted a Notice which stated that "they agree[d] the motion should be granted" and
27  "ask[ed] the Court to grant the motion."  (Doc. 46).

28  [2] As previously Ordered (Doc. 29), all documents shall be filed in case 2:16-cv-03799-
    DJH.

1      **IT IS FURTHER ORDERED** that the parties shall answer the respective

2    Complaints by no later than July 20, 2018.

3      **Dated** this 20th day of June, 2018.

          Honorable Diane J. Humetewa
          United States District Judge