1  DANIEL SHANLEY (021322)
   Email Address: dshanley@deconsel.com
2  THOMAS DAVIS, admitted pro hac vice
   Email Address: tdavis@deconsel.com
3  DeCARLO & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone (213) 488-4100
   Telecopier (213) 488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8
9                    UNITED STATES DISTRICT COURT
10                      DISTRICT OF ARIZONA
11

12  HKB, INC., an Arizona corporation,        ) No. 2:16-cv-03799-DJH
    doing business as SOUTHWEST               ) No. 2:17-cv-00198
13  INDUSTRIAL RIGGING,                       )
                                              )
14                                            ) ANSWER TO COMPLAINT
                  Plaintiff,                  )
15                                            )
    v.                                        )
16                                            )
    BOARD OF TRUSTEES FOR THE                 ) Before The Honorable
17  CARPENTERS SOUTHWEST                       )   Diane J. Humetawa
    TRUSTS, erroneously sued as BOARD         )
    OF TRUSTEES FOR THE                       )
18  SOUTHWEST CARPENTER'S                     )
    SOUTHWEST TRUST; et al                    )
19                                            )
                  Defendants.                 )
20  ─────────────────────────────────────    )
    CARPENTERS SOUTHWEST                      )
21  ADMINISTRATIVE CORPORATION,               )
    a California non-profit corporation; et al)
22                                            )
                  Plaintiffs,                 )
23                                            )
    v.                                        )
24                                            )
    H K B Inc., et al                         )
25                                            )
                  Defendants.                 )
26  ///                                        )
27  ///
28
                                1
                    ANSWER TO COMPLAINT

**ANSWER TO COMPLAINT**

Defendants BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST and CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, ("Defendants") hereby respond to Plaintiff HKB, Inc.'s ("Plaintiff") Complaint for Declaratory Judgment as follows:

1. Defendants have insufficient information to admit or deny the allegations in Paragraph 1 of the Complaint, and on that basis deny each and every allegation contained therein.

2. Defendants admit that Carpenters Southwest Administrative Corporation is a California non-profit corporation.

3. Defendants admit that the Board of Trustees for the Carpenters Southwest Trusts are acting trustees of the Southwest Carpenters Health and Welfare Trust, Southwest Carpenters Pension Trust, Southwest Carpenters Vacation Trust, and Southwest Carpenters Training Fund.

4. Defendants admit that Defendants have asserted that Plaintiff owes amounts to Defendants. As to the remainder of Paragraph 4 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 4 of the Complaint, and on that basis deny each and every allegation contained therein.

5. The allegations in Paragraph 5 of the Complaint state legal conclusions to which no answer is required.

6. The allegations in Paragraph 6 of the Complaint state legal conclusions to which no answer is required.

7. Defendants have insufficient information to admit or deny the allegations in Paragraph 7 of the Complaint, and on that basis deny each and every allegation

contained therein.

8.  Defendants admit that a Southwest Regional Council of Carpenters - Carpenters Memorandum Agreement 2012-2016 was executed on August 22, 2013.  As to the remainder of Paragraph 8 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 8 of the Complaint, and on that basis deny each and every allegation contained therein.

9.  The allegations in Paragraph 9 of the Complaint state legal conclusions to which no answer is required. To the extent the allegations of Paragraph 9 seek to paraphrase or characterize the contents of the Memorandum Agreement, the document speaks for itself and Defendants deny the allegations to the extent that they are inconsistent with that document.

10.  Defendants have insufficient information to admit or deny the allegations in Paragraph 10 of the Complaint, and on that basis deny each and every allegation contained therein.

11.  Defendants have insufficient information to admit or deny the allegations in Paragraph 11 of the Complaint, and on that basis deny each and every allegation contained therein.

12.  Defendants have insufficient information to admit or deny the allegations in Paragraph 12 of the Complaint, and on that basis deny each and every allegation contained therein.

13.  Defendants have insufficient information to admit or deny the allegations in Paragraph 13 of the Complaint, and on that basis deny each and every allegation contained therein.

14.  To the extent the allegations of Paragraph 14 seek to paraphrase or characterize the contents of the Memorandum Agreement, the document speaks for itself and Defendants deny the allegations to the extent that they are inconsistent with that document.  As to the remainder of Paragraph 14 of the

ANSWER TO COMPLAINT

Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 14 of the Complaint, and on that basis deny each and every allegation contained therein.

15. Defendants have insufficient information to admit or deny the allegations in Paragraph 15 of the Complaint, and on that basis deny each and every allegation contained therein.

16. Defendants have insufficient information to admit or deny the allegations in Paragraph 16 of the Complaint, and on that basis deny each and every allegation contained therein.

17. Defendants admit that Plaintiff engaged workers who performed services covered by the Memorandum Agreement and who performed labor on works of construction within the jurisdiction of the Memorandum Agreement. As to the remainder of Paragraph 17 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 17 of the Complaint, and on that basis deny each and every allegation contained therein.

18. Defendants have insufficient information to admit or deny the allegations in Paragraph 18 of the Complaint, and on that basis deny each and every allegation contained therein.

19. Defendants admit that Defendants conducted an audit of Plaintiff. As to the remainder of Paragraph 19 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 19 of the Complaint, and on that basis deny each and every allegation contained therein.

20. Defendants admit that Defendants have asserted that Plaintiff owes amounts to Defendants. As to the remainder of Paragraph 20 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 20 of the Complaint, and on that basis deny each and every allegation contained therein.

ANSWER TO COMPLAINT

21.  Defendants admit that Defendants have stated that Plaintiff owes amounts to Defendants.  As to the remainder of Paragraph 21 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 21 of the Complaint, and on that basis deny each and every allegation contained therein.

22.  Defendants have insufficient information to admit or deny the allegations in Paragraph 22 of the Complaint, and on that basis deny each and every allegation contained therein.

23.  Defendants have insufficient information to admit or deny the allegations in Paragraph 23 of the Complaint, and on that basis deny each and every allegation contained therein.

24.  Defendants have insufficient information to admit or deny the allegations in Paragraph 24 of the Complaint, and on that basis deny each and every allegation contained therein.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. Answering Paragraph 26 of the Complaint, Defendants incorporate by reference the admissions, denials and averments to Paragraphs 1-25 as though fully set forth herein.

27.  Defendants have insufficient information to admit or deny the allegations in Paragraph 27 of the Complaint, and on that basis deny each and every allegation contained therein.

28.  The allegations in Paragraph 28 of the Complaint state legal conclusions to which no answer is required. To the extent that any response is required, Defendants have insufficient information to admit or deny the allegations in Paragraph 28 of the Complaint, and on that basis deny each and every allegation contained therein.

ANSWER TO COMPLAINT

29.   The allegations in Paragraph 29 of the Complaint state legal conclusions to which no answer is required. To the extent that any response is required, Defendants have insufficient information to admit or deny the allegations in Paragraph 29 of the Complaint, and on that basis deny each and every allegation contained therein.

30.   Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31.   Answering Paragraph 31 of the Complaint, Defendants incorporate by reference the admissions, denials and averments to Paragraphs 1-30 as though fully set forth herein.

32.   The allegations in Paragraph 32 of the Complaint state legal conclusions to which no answer is required.  To the extent that any response is required, Defendants deny the allegations contained in Paragraph 32.

33.   Defendants have insufficient information to admit or deny the allegations in Paragraph 33 of the Complaint, and on that basis deny each and every allegation contained therein.

34.   Defendants have insufficient information to admit or deny the allegations in Paragraph 34 of the Complaint, and on that basis deny each and every allegation contained therein.

35.   The allegations in Paragraph 35 of the Complaint state legal conclusions to which no answer is required.  To the extent that any response is required, Defendants have insufficient information to admit or deny the allegations in Paragraph 35 of the Complaint, and on that basis deny each and every allegation contained therein.

36.   Defendants have insufficient information to admit or deny the allegations in Paragraph 36 of the Complaint, and on that basis deny each and every allegation contained therein.

ANSWER TO COMPLAINT

37. Defendants have insufficient information to admit or deny the allegations in Paragraph 37 of the Complaint, and on that basis deny each and every allegation contained therein.

38. Answering Paragraph 38 of the Complaint, Defendants incorporate by reference the admissions, denials and averments to Paragraphs 1-37 as though fully set forth herein.

39. The allegations in Paragraph 39 of the Complaint state legal conclusions to which no answer is required. To the extent that any response is required, Defendants have insufficient information to admit or deny the allegations in Paragraph 39 of the Complaint, and on that basis deny each and every allegation contained therein.

40. The allegations in Paragraph 40 of the Complaint state legal conclusions to which no answer is required.

41. Defendants admit that a Southwest Regional Council of Carpenters - Carpenters Memorandum Agreement 2012-2016 was executed on August 22, 2013. As to the remainder of Paragraph 41 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 41 of the Complaint, and on that basis deny each and every allegation contained therein.

42. Defendants admit that Plaintiff engaged workers who performed services covered by the Memorandum Agreement and who performed labor on works of construction within the jurisdiction of the Memorandum Agreement. As to the remainder of Paragraph 42 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 42 of the Complaint, and on that basis deny each and every allegation contained therein.

43. Defendants admit that Plaintiff owes amounts to Defendants. As to the remainder of Paragraph 43 of the Complaint, Defendants have insufficient information to admit or deny the allegations in Paragraph 43 of the Complaint, and

ANSWER TO COMPLAINT

on that basis deny each and every allegation contained therein.

44.  The allegations in Paragraph 44 of the Complaint state legal conclusions to which no answer is required.  To the extent that any response is required, Defendants have insufficient information to admit or deny the allegations in Paragraph 44 of the Complaint, and on that basis deny each and every allegation contained therein.

45.  The allegations in Paragraph 45 of the Complaint state legal conclusions to which no answer is required.

## PLAINTIFF'S REMEDIES

46.  Defendants deny that Plaintiff should be awarded the relief sought in Paragraph 1 of their Remedies, or any relief whatsoever.

47.  Defendants deny that Plaintiff should be awarded the relief sought in Paragraph 2 of their Remedies, or any relief whatsoever.

48.  Defendants deny that Plaintiff should be awarded the relief sought in Paragraph 3 of their Remedies, or any relief whatsoever.

49.  Defendants deny that Plaintiff should be awarded the relief sought in Paragraph 4 of their Remedies, or any relief whatsoever.

50.  Defendants deny that Plaintiff should be awarded the relief sought in Paragraph 5 of their Remedies, or any relief whatsoever.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiff's Complaint, Defendants allege the following additional defenses. In asserting these defenses, Defendants do not assume the burden of proof as to matters that, pursuant to law, are Plaintiff's burden to prove. Further, each and every additional defense asserted by Defendants is made without prejudice to their denials and other statements of their pleadings.

///

ANSWER TO COMPLAINT

1  FIRST AFFIRMATIVE DEFENSE

2  (Failure to State a Claim)

3  Plaintiff's Complaint fails to set forth facts sufficient to constitute a claim.

4  SECOND AFFIRMATIVE DEFENSE

5  (Statute of Limitations)

6  Plaintiff's Complaint is barred by the applicable statutes of limitations.

7  THIRD AFFIRMATIVE DEFENSE

8  (Laches)

9  Plaintiff's Complaint is barred by the doctrine of laches.

10  FOURTH AFFIRMATIVE DEFENSE

11  (Unclean Hands)

12  Plaintiff cannot recover the relief requested because of Plaintiff's unclean

13  hands.

14  FIFTH AFFIRMATIVE DEFENSE

15  (No Standing)

16  Plaintiff lacks standing to bring its Complaint.

17  SIXTH AFFIRMATIVE DEFENSE

18  (Prematurity)

19  Plaintiff's Complaint is premature, and the action should be abated.

20  SEVENTH AFFIRMATIVE DEFENSE

21  (Waiver)

22  Plaintiff's Complaint is barred by the doctrine of waiver.

23  EIGHTH AFFIRMATIVE DEFENSE

24  (Estoppel)

25  Plaintiff's Complaint is barred by the doctrine of estoppel.

26  ///

27  ///

28

9<br>ANSWER TO COMPLAINT

NINTH AFFIRMATIVE DEFENSE

(Equity)

Plaintiff's Complaint is barred in whole or in part to the extent it would be inequitable to allow Plaintiff's relief based upon Plaintiff's misconduct.

TENTH AFFIRMATIVE DEFENSE

(No Injury)

Plaintiff sustained no injury or damages by reason of any act or omission attributable to Defendants.

ELEVENTH AFFIRMATIVE DEFENSE

(Consent)

Plaintiff's Complaint is barred by the doctrine that a person who knowingly consents to a legal wrong has no right to relief as a result of said wrong.

TWELFTH AFFIRMATIVE DEFENSE

(Substantial Compliance)

Plaintiff's Complaint is barred by the doctrine of substantial compliance.

THIRTEENTH AFFIRMATIVE DEFENSE

(Reservation of Rights)

Defendants currently have insufficient knowledge or information on which to form a belief as to whether they may have additional affirmative defenses. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses once they become known to Defendants.

PRAYER

WHEREFORE, Defendants pray that this Court enter a judgment as follows:

1. That the Complaint be dismissed with prejudice and that judgment be entered in favor of Defendants;

2. That Plaintiff take nothing by way of its Complaint;

ANSWER TO COMPLAINT

1    3. That Defendants be awarded their costs of suit incurred in defense of this

2  action; and

3    4. For such further and other relief as the Court may deem just and proper.

4

5  Dated: July **20**, 2018                    DeCARLO & SHANLEY,

6                                              a Professional Corporation

7

8  By: _____
                                              THOMAS DAVIS
9                                             Attorneys for Defendants,
                                              CARPENTERS SOUTHWEST
                                              ADMINISTRATIVE CORPORATION
10                                            and BOARD OF TRUSTEES FOR THE
                                              CARPENTERS SOUTHWEST TRUSTS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X    I hereby certify that on July 20, 2018, I electronically transmitted the attached document, **ANSWER TO COMPLAINT**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
> Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

**Executed on July 20, 2018, at Los Angeles, California.**

X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180