Daniel Shanley (021322)
Email Address: dshanley@deconsel.com
Thomas Davis, admitted pro hac vice
Email Address: tdavis@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Defendants, Carpenters Southwest Administrative Corporation and Board of Trustees For the Carpenters Southwest Trusts

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as Southwest Industrial Rigging, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>Board of Trustees for the Carpenters Southwest Trusts, erroneously sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust; et al <br><br>　　　　　　Defendants. | No. 2:16-cv-03799-DJH <br> No. 2:17-cv-00198-DJH <br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** <br><br> Before The Honorable <br> 　Diane J. Humetawa <br><br> Hearing.: October 1, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 605 <br> O'Connor Courthouse <br> 401 W. Washington St. <br> Phoenix, AZ 85003 |
| Carpenters Southwest Administrative Corporation, et al <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>H K B Inc., et al <br><br>　　　　　　Defendants. | |

///

///

1

REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE

1  PURSUANT TO Local Rule 7.2(h), Counsel for Defendants BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST and CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, ("Defendants"), hereby request to appear telephonically at the Scheduling Conference set for October 1, 2018 at 1:30 p.m.

Defense counsel are located in Los Angeles, California and make this request in order to avoid passing along to Defendants the expense of travel to Phoenix, Arizona to attend the proceeding.

If the Court grants Defendants' request, Counsel for Defendants will be available for this conference at telephone number (213) 488-4100.

Dated: September 18, 2018

DeCARLO & SHANLEY,
a Professional Corporation

By: /s/ Daniel Shanley
Daniel Shanley
Thomas Davis
Attorneys for Defendants,
Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X   I hereby certify that on September 18, 2018, I electronically transmitted the attached document, **REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

**Executed on September 18, 2018, at Los Angeles, California.**

X   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180