Daniel Shanley (021322)
Email Address: dshanley@deconsel.com
Thomas Davis, admitted pro hac vice
Email Address: tdavis@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Defendants, Carpenters Southwest
Administrative Corporation and Board of Trustees
For the Carpenters Southwest Trusts

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as Southwest Industrial Rigging, | No. 2:16-cv-03799-DJH<br>No. 2:17-cv-00198-DJH |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAW OF COUNSEL OF RECORD AS TO JODI SIEGNER** |
| Board of Trustees for the Carpenters Southwest Trusts, erroneously sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust; et al | |
| Defendants. | Before The Honorable<br>Diane J. Humetawa |
| Carpenters Southwest Administrative Corporation, et al | Hearing.: October 1, 2018<br>Time: 1:30 p.m.<br>Courtroom: 605<br>O'Connor Courthouse<br>401 W. Washington St.<br>Phoenix, AZ 85003 |
| Plaintiffs, | |
| v. | |
| H K B Inc., et al | |
| Defendants. | |

///

///

1   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2          Please withdraw the appearance of JODI SIEGNER as counsel for

3   Defendants Board of Trustees for the Carpenters Southwest Trusts, erroneously

4   sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust

5   (collectively, "Defendants"). The basis for this withdrawal is that JODI SIEGNER

6   is no longer employed with DeCARLO & SHANLEY, a Professional corporation.

7   The undersigned attorneys who have appeared on Defendants' behalf from

8   DeCARLO & SHANLEY will continue to represent Defendants in this matter.

9

10   Dated: September 18, 2018          DeCARLO & SHANLEY,
                                        a Professional Corporation

11

12                                      By: _____

13                                        Daniel Shanley
                                          Thomas Davis

14                                      Attorneys for Defendants,
                                        Carpenters Southwest
                                        Administrative Corporation

15                                      and Board of Trustees for the Carpenters
                                        Southwest Trusts

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

X    I hereby certify that on September 18, 2018, I electronically transmitted the attached document, **NOTICE OF WITHDRAW OF COUNSEL OF RECORD AS TO JODI SIEGNER**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
        Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

**Executed on September 18, 2018, at Los Angeles, California.**

X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

        Lucy J. Moure-Pasco, Secretary
        DeCARLO & SHANLEY,
        a Professional Corporation
        533 S. Fremont Avenue, Ninth Floor
        Los Angeles, California 900710
        Telephone (213) 488-4100
        Telecopier (213) 488-4180