```
 1 │ Daniel Shanley (021322)
   │ Email Address: dshanley@deconsel.com
 2 │ Thomas Davis, admitted pro hac vice
   │ Email Address: tdavis@deconsel.com
 3 │ DeCARLO & SHANLEY,
   │ a Professional Corporation
 4 │ 533 S. Fremont Avenue, Ninth Floor
   │ Los Angeles, California 90071-1706
 5 │ Telephone (213) 488-4100
   │ Telecopier (213) 488-4180
 6 │
   │ Attorneys for Defendants, Carpenters Southwest
 7 │ Administrative Corporation and Board of Trustees
   │ For the Carpenters Southwest Trusts
 8 │
 9 │              UNITED STATES DISTRICT COURT
10 │                   DISTRICT OF ARIZONA
11 │
12 │ HKB, INC., an Arizona corporation,  ) No. 2:16-cv-03799-DJH
   │ doing business as Southwest         ) No. 2:17-cv-00198-DJH
13 │ Industrial Rigging,                 )
14 │                                     )
   │                    Plaintiff,       ) DEFENDANTS' NOTICE OF
15 │                                     ) SERVICE OF INITIAL
   │ v.                                  ) DISCLOSURE STATEMENT
16 │                                     )
   │ Board of Trustees for the           )
17 │ Carpenters Southwest                )
   │ Trusts, erroneously sued as Board   ) Before The Honorable
18 │ Of Trustees for the                 ) Diane J. Humetawa
   │ Southwest Carpenter's               )
19 │ Southwest Trust; et al              )
   │                                     )
20 │                    Defendants.      )
   │ ─────────────────────────────       )
21 │ Carpenters Southwest                )
   │ Administrative Corporation,         )
22 │ et al                               )
   │                                     )
23 │                    Plaintiffs,      )
   │                                     )
24 │ v.                                  )
   │                                     )
25 │ H K B Inc., et al                   )
   │                                     )
26 │                    Defendants.      )
   │ ─────────────────────────────
27 │ ///
   │
28 │ ///
```

1

|     |     |
| --- | --- |
| 1   | **PLEASE TAKE NOTICE** that on the date set forth below, the Defendants, |
| 2   | Carpenters Southwest Administrative Corporation and Board of Trustees for the |
| 3   | Carpenters Southwest Trusts, served upon Plaintiff H K B Inc., by mail, its initial |
| 4   | rule 26(a)(1) disclosure statement. |

Dated: October 12, 2018

DeCARLO & SHANLEY,
a Professional Corporation

By: _____
Daniel Shanley
Thomas Davis
Attorneys for Defendants,
Carpenters Southwest Administrative
Corporation and Board of Trustees for the
Carpenters Southwest Trusts

2
DEFENDANTS' NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

I hereby certify that on October 12, 2018, I electronically transmitted the attached document, **DEFENDANTS' NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

---

**and by First Class Mail, addressed as follows:**

| | |
|---|---|
| James Edward Holland, Jr. | Nicholas James Begakis |
| Javier Torres | LimNexis LLP |
| Stinson Leonard Street LLP | 1055 W 7th St., 28th Fl. |
| 1850 N Central Ave., Ste. 2100 | Los Angeles, CA 90017 |
| Phoenix, AZ 85004-4584 | |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

(BY MAIL)   I placed such envelopes with postage thereon fully prepaid in the United States Mail at 533 South Fremont Avenue, Los Angeles, California  90071.

**Executed on October 12, 2018, at Los Angeles, California.**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180