James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: james.holland@stinson.com
         javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging,<br><br>Plaintiff,<br>v.<br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Defendants. | 2:16-cv-03799-PHX-DJH (Lead Case)<br>2:17-cv-00198-PHX-DJH<br><br>**NOTICE OF SERVICE OF HKB, INC.'S RULE 26(a) INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Diane J. Humetawa) |
| Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Plaintiffs,<br>v.<br><br>HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, et al.<br><br>Defendants. | |

HKB, Inc. dba Southwest Industrial Rigging hereby gives notice of service upon Board of Trustees for the Southwest Carpenter's Southwest Trust of its Initial Disclosure Statement by U.S. Mail and e-mail on October 15, 2018.

///

///

///

CORE/3008422.0002/147408742.1

RESPECTFULLY SUBMITTED this 16th day of October, 2018.

**STINSON LEONARD STREET LLP**

By:   */s/ Javier Torres*
James E. Holland, Jr.
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Southwest Industrial Rigging

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I caused the foregoing document to be mailed via U.S. Mail and a courtesy copy e-mailed to:

Daniel Shanley
Thomas Davis
DECARLO & SHANLEY
533 South Freemont Avenue, Ninth Floor
Los Angeles, CA 90071-1706
dshanley@deconsel.com
tdavis@deconsel.com
Attorneys for Defendants Carpenters Southwest
Administrative Corporation and Board of Trustees
for the Carpenters Southwest Trusts

*/s/ C. Roundtree*
C. Roundtree, Legal Assistant

CORE/3008422.0002/147408742.1

2