Daniel Shanley (021322)
Email Address: dshanley@deconsel.com
Stephen Zeller, admitted pro hac vice
Email Address: szeller@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Defendants, Carpenters Southwest
Administrative Corporation and Board of Trustees
For the Carpenters Southwest Trusts

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as Southwest Industrial Rigging,<br><br>    Plaintiff,<br><br>v.<br><br>Board of Trustees for the Carpenters Southwest Trusts, erroneously sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust; et al<br><br>    Defendants. | No. 2:16-cv-03799-DJH<br>No. 2:17-cv-00198-DJH<br><br>**NOTICE OF WITHDRAW OF COUNSEL OF RECORD AS TO THOMAS DAVIS**<br><br>Before The Honorable<br>   Diane J. Humetawa<br><br>Hearing.: N/A<br>Time: 1:30 p.m.<br>Courtroom: 605<br>O'Connor Courthouse<br>401 W. Washington St.<br>Phoenix, AZ 85003 |
| Carpenters Southwest Administrative Corporation, et al<br><br>    Plaintiffs,<br><br>v.<br><br>H K B Inc., et al<br><br>    Defendants. | |

///

///

1
NOTICE OF WITHDRAW OF COUNSEL OF RECORD AS TO THOMAS DAVIS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please withdraw the appearance of THOMAS DAVIS as counsel for Defendants Board of Trustees for the Carpenters Southwest Trusts, erroneously sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust (collectively, "Defendants"). The basis for this withdrawal is that THOMAS DAVIS is no longer employed with DeCARLO & SHANLEY, a Professional corporation. The undersigned attorneys who have appeared on Defendants' behalf from DeCARLO & SHANLEY will continue to represent Defendants in this matter.

Dated: December 11, 2018

DeCARLO & SHANLEY,
a Professional Corporation

By: _____
Stephen Zeller
Attorneys for Defendants,
Carpenters Southwest Administrative
Corporation and Board of Trustees for the
Carpenters Southwest Trusts

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

I hereby certify that on December 11, 2018, I electronically transmitted the attached document, **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD AS TO THOMAS DAVIS**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. - jholland@stinson.com,cbarajas@stinson.com
Javier Torres - javier.torres@stinson.com,cynthia.fischer@stinson.com

---

**and by First Class Mail, addressed as follows**:

Nicholas James Begakis
LimNexis LLP
1055 W 7th St., 28th Fl.
Los Angeles, CA 90017

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

(BY MAIL)   I placed such envelopes with postage thereon fully prepaid in the United States Mail at 533 South Fremont Avenue, Los Angeles, California  90071.

**Executed on December 11, 2018, at Los Angeles, California.**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180