```
 1  Daniel Shanley (021322)
    Email Address: dshanley@deconsel.com
 2  Stephen Zeller, admitted pro hac vice
    Email Address: szeller@deconsel.com
 3  DeCARLO & SHANLEY,
    a Professional Corporation
 4  533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
 5  Telephone (213) 488-4100
    Telecopier (213) 488-4180
 6
    Attorneys for Defendants, Carpenters Southwest
 7  Administrative Corporation and Board of Trustees
    For the Carpenters Southwest Trusts
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as Southwest Industrial Rigging, | No. 2:16-cv-03799-DJH<br>No. 2:17-cv-00198-DJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS** |
| v. | |
| Board of Trustees for the Carpenters Southwest Trusts, erroneously sued as Board Of Trustees for the Southwest Carpenter's Southwest Trust; et al | Before The Honorable Diane J. Humetawa |
| Defendants. | |
| Carpenters Southwest Administrative Corporation, et al | |
| Plaintiffs, | |
| v. | |
| H K B Inc., et al | |
| Defendants. | |

///

///

1

DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that on December 11, 2018, the Defendants, Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts, served upon Plaintiff H K B Inc., by mail, the following documents:

1. Defendant Carpenters Southwest Administrative Corporation's First Set of Interrogatories to Plaintiff HBK, Inc.;

2. Defendant Carpenters Southwest Administrative Corporation's First Set of Requests for Production of Documents to Plaintiff HBK, Inc.;

3. Carpenters Southwest Administrative Corporation's First Set of Requests for Admission to Plaintiff HKB, Inc.

Dated: December 12, 2018

DeCARLO & SHANLEY,
a Professional Corporation

By: _____
DANIEL SHANLEY
Attorneys for Defendants,
Carpenters Southwest
Administrative Corporation
and Board of Trustees for the Carpenters
Southwest Trusts

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

     I hereby certify that on December 12, 2018, I electronically transmitted the attached document, **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

     James Edward Holland, Jr. - jholland@stinson.com, cbarajas@stinson.com
     Javier Torres - javier.torres@stinson.com, cynthia.fischer@stinson.com

---

**and by First Class Mail, addressed as follows:**

| | |
|---|---|
| James Edward Holland, Jr. | Nicholas James Begakis |
| Javier Torres | LimNexis LLP |
| Stinson Leonard Street LLP | 1055 W 7th St., 28th Fl. |
| 1850 N Central Ave., Ste. 2100 | Los Angeles, CA 90017 |
| Phoenix, AZ 85004-4584 | |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

(BY MAIL)   I placed such envelopes with postage thereon fully prepaid in the United States Mail at 533 South Fremont Avenue, Los Angeles, California  90071.

**Executed on December 12, 2018, at Los Angeles, California.**

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Lucy Moure-Pasco*
Lucy Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180