James E. Holland, Jr. (021826)
Javier Torres (032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: james.holland@stinson.com
       javier.torres@stinson.com
Attorneys for HKB, Inc., dba Southwest Industrial Rigging

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging,<br><br>Plaintiff,<br><br>v.<br><br>Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Defendants. | No. 2:16-cv-03799-DJH (Lead Case)<br>No. 2:17-cv-00198<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br><br>(Assigned to the Honorable Diane J. Humetawa) |
| Board of Trustees for the Southwest Carpenter's Southwest Trust; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HKB, Inc., an Arizona Corporation, dba Southwest Industrial Rigging, et al.,<br><br>Defendants. | |

HKB, Inc. dba Southwest Industrial Rigging hereby gives notice of service upon Board of Trustees for the Southwest Carpenter's Southwest Trust of its Requests for Admission, Requests for Production of Documents and First Set of Non-Uniform Interrogatories by U.S. Mail on December 13, 2018.

CORE/3008422.0002/148179933.1

RESPECTFULLY SUBMITTED __14th__ day of December, 2018.

**STINSON LEONARD STREET LLP**

By:    */s/ Javier Torres*
James E. Holland, Jr.
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Southwest Industrial Rigging

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018 I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Daniel Shanley
Steven Zeller *(admitted pro hac vice)*
Yuliya S. Mirzoyan *(admitted pro hac vice)*
DeCarlo & Shanley
533 South Freemont Avenue, Ninth Floor
Los Angeles, California 90071-1706
dshanley@deconsel.com
szeller@deconsel.com
ymirzoyan@deconsel.com
Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of Trustees
for the Carpenters Southwest Trusts

   */s/ C. Roundtree*

CORE/3008422.0002/148179933.1