1  Daniel Shanley (021322)
   Email Address: dshanley@deconsel.com
2  Stephen Zeller, admitted pro hac vice
   Email Address: szeller@deconsel.com
3  DeCARLO & SHANLEY,
   a Professional Corporation
4  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
5  Telephone (213) 488-4100
   Telecopier (213) 488-4180
6
7  Attorneys for Defendants, Carpenters Southwest
   Administrative Corporation and Board of Trustees
   For the Carpenters Southwest Trusts
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF ARIZONA

11

12 | HKB, INC., an Arizona corporation, | No. 2:16-cv-03799-DJH
   | doing business as Southwest          | No. 2:17-cv-00198-DJH
13 | Industrial Rigging,                  |

14 |                                      |
   |           Plaintiff,                 | **DEFENDANTS' NOTICE OF
15 | v.                                   | SERVICE OF DISCOVERY
   |                                      | DOCUMENTS**
16 | Board of Trustees for the            |
   | Carpenters Southwest                 |
17 | Trusts, erroneously sued as Board    |
   | Of Trustees for the                  | Before The Honorable
18 | Southwest Carpenter's                | Diane J. Humetawa
   | Southwest Trust; et al               |
19 |                                      |
   |           Defendants.                |
20 | Carpenters Southwest                 |
   | Administrative Corporation,          |
21 | et al                                |
22 |           Plaintiffs,                |
23 | v.                                   |
24 | H K B Inc., et al                    |
   |           Defendants.                |
25

26  ///

27  ///

28                            1
    DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

1  PLEASE TAKE NOTICE that on March 1, 2019, the Defendant, Board of Trustees for the Carpenters Southwest Trusts, served upon Plaintiff H K B Inc., by electronic service and first class mail, the following documents:

    1. Defendant Board of Trustees for the Carpenters Southwest Trusts' Responses to HKB, Inc.'s Request for Production of Documents;

    2. Defendant Board of Trustees for the Carpenters Southwest Trusts' Responses to HKB, Inc.'s Requests for Admission;

    3. Defendant Board of Trustees for the Carpenters Southwest Trusts' Responses to HKB, Inc.'s First Set of Non-Uniform Interrogatories.

Dated: March 4, 2019

DeCARLO & SHANLEY,
a Professional Corporation

By: _____
YULIYA MIRZOYAN
Attorneys for Defendants,
Carpenters Southwest
Administrative Corporation
and Board of Trustees for the Carpenters Southwest Trusts

## CERTIFICATE OF SERVICE

**(H K B, Inc., etc., v. Board of Trustees, etc.)**
**(USDC-Arizona Case No. 2:16-cv-03799DJH)**

I hereby certify that on March 5, 2019, I electronically transmitted the attached document, **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Edward Holland, Jr. – james.holland@stinson.com; linda.holder@stinson.com
Javier Torres – javier.torres@stinson.com, chris.roundtree@stinson.com

---

**and by First Class Mail, addressed as follows**:

Nicholas James Begakis
LimNexis LLP
1055 W 7th St., 28th Fl.
Los Angeles, CA 90017

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

(BY MAIL)   I placed such envelopes with postage thereon fully prepaid in the United States Mail at 533 South Fremont Avenue, Los Angeles, California  90071.

**Executed on March 5, 2019, at Los Angeles, California.**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco, Secretary
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 900710
Telephone (213) 488-4100
Telecopier (213) 488-4180