1  DANIEL SHANLEY (021322)
   Email Address: dshanley@deconsel.com
2  STEPHEN ZELLER (*admitted pro hac vice*, CA Bar No. 265664)
   Email Address: szeller@deconsel.com
3  YULIYA MIRZOYAN (*admitted pro hac vice*, CA Bar No. 247324)
   Email Address: ymirzoyan@deconsel.com
4  DeCARLO & SHANLEY,
   a Professional Corporation
5  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
6  Telephone (213) 488-4100
   Telecopier (213) 488-4180
7
8  ATTORNEYS FOR CONSOLIDATED PLAINTIFFS AND DEFENDANTS
   CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
   BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
9

10                     UNITED STATES DISTRICT COURT

11                            DISTRICT OF ARIZONA

12

| | |
|---|---|
| HKB, INC., an Arizona corporation, doing business as SOUTHWEST INDUSTRIAL RIGGING, | 2:16-cv-03799-DJH<br>2:17-cv-00198-DJH |
| Plaintiff,<br>v.<br>BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, erroneously sued as BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTER'S SOUTHWEST TRUST; et al<br>Defendants. | NOTICE OF TAKING DEPOSITION OF TOM ALLEN AKA THOMAS ALLEN<br><br>Date:  May 7, 2019<br>Time:  9:00 a.m.<br>Place: Camelback Corridor<br>          4742 N. 24th Street, Suite 300<br>          Phoenix, Arizona 85016 |
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; et al<br>Plaintiffs,<br>v.<br>H K B Inc., et al<br>Defendants. | |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2      **NOTICE IS HEREBY GIVEN** that on the date and hour, and at the address
3  herein below set forth, before a duly qualified court reporter and deposition notary
4  authorized to administer oaths, the deposition of the deponent below named will be
5  taken by the undersigned, the deposition(s) to continue from day to day thereafter,
6  Sundays and holidays excluded, until completed. A list of all parties or attorneys for
7  parties on whom this Notice of Deposition is being served is shown on the
8  accompanying proof of service means. A copy of the subpoena directed to Tom
9  Allen aka Thomas Allen is attached hereto.
10  .

11      **NOTICE IS FURTHER GIVEN** that Plaintiffs may record the testimony by
12  audiotape and/or videotape in addition to stenographic recording.

13

14      Deponent(s):    Tom Allen aka Thomas Allen
15      Date:    May 7, 2019
16      Hour:    9:00 a.m.
17      Address:    Camelback Corridor
18          4742 N. 24th Street, Suite 300
19          Phoenix, Arizona 85016
20      Phone Number:    (480) 522-2020

21

22  Dated: April \_\_, 2019     DeCARLO & SHANLEY,
23      a Professional Corporation
24      By: _____
25      Stephen Zeller
    Attorneys for Plaintiffs,
    ATTORNEYS FOR CONSOLIDATED
26      PLAINTIFFS AND DEFENDANTS
    CARPENTERS SOUTHWEST
27      ADMINISTRATIVE CORPORATION and
    BOARD OF TRUSTEES FOR THE
28      CARPENTERS SOUTHWEST TRUSTS

**PROOF OF SERVICE (By Mail)**
(H K B, Inc., etc., v. Board of Trustees, etc.)
(USDC-Arizona Case No. 2:16-cv-03799DJH)

  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

  On April 11, 2019, I served a copy of the foregoing document, described as: **NOTICE OF TAKING DEPOSITION OF TOM ALLEN AKA THOMAS ALLEN**

**on attorneys addressed as follows:**

| | |
|---|---|
| James Edward Holland, Jr. | Nicholas James Begakis |
| Javier Torres | LimNexis LLP |
| Stinson Leonard Street LLP | 1055 W 7th St., 28th Fl. |
| 1850 N Central Ave., Ste. 2100 | Los Angeles, CA 90017 |
| Phoenix, AZ 85004-4584 | |

  in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]  (BY DEPOSIT FOR COLLECTION)**  I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on April 11, 2019, at Los Angeles, California.**

**[X]  (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco